NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURDUE PHARMACEUTICAL PRODUCTS L.P.,
PURDUE PHARMA L.P., TRANSCEPT
PHARMACEUTICALS, INC., NKA PARATEK
PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants*

**v.**

**ACTAVIS ELIZABETH LLC, NOVEL
LABORATORIES, INC., DR. REDDY'S
LABORATORIES, INC., DR. REDDY'S
LABORATORIES, LTD.,**
*Defendants-Appellees*

**PAR PHARMACEUTICAL, INC.,
TWI PHARMACEUTICALS, INC.,**
*Defendants*

---

2015-1659

---

Appeal from the United States District Court for the District of New Jersey in Nos. 2:12-cv-05311-JLL-JAD, 2:13-cv-05003-JLL-JAD, Judge Jose L. Linares.

---

**JUDGMENT**

---

CHRISTOPHER NEIL SIPES, Covington & Burling LLP, Washington, DC, argued for plaintiffs-appellants. Also represented by ERICA NICOLE ANDERSEN, MICHAEL N. KENNEDY.

JACOB M. HOLDREITH, Robins Kaplan LLP, Minneapolis, MN, argued for all defendants-appellees. Defendant-appellee Novel Laboratories, Inc. also represented by MILES FINN, JEFFREY ALAN HOVDEN, OREN D. LANGER, New York, NY.

SAMUEL S. PARK, Winston & Strawn LLP, Chicago, IL, for defendant-appellee Actavis Elizabeth LLC. Also represented by DAN HOANG; CHARLES B. KLEIN, Washington, DC.

JEFFREY B. ARNOLD, Cantor Colburn LLP, Atlanta, GA, for defendants-appellees Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd. Also represented by STEVEN M. COYLE, NICHOLAS GEIGER, Hartford, CT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 8, 2016                    /s/ Daniel E. O'Toole
       Date                       Daniel E. O'Toole
                                   Clerk of Court